FILE COPY



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DATE: 1/30/2015

RE: Case No. 14-0792
COA #: 12-14-00215-CV    TC#: 87-11917
STYLE: MICHAEL KENNEDY
    v. THE STATE OF TEXAS

Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702